IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **ARETHA CELESTE HILL**, : | |
| Plaintiff, : | |
| **vs.** : | 3:05-CV-67(CAR) |
| **THE UNIVERSITY OF GEORGIA**, : | |
| Defendant. : | |

**O R D E R**

Plaintiff has requested that this Court to allow her to proceed *in forma pauperis* in the above-stated matter. The filing fee required by law is $250.00.

One need not be completely destitute to be entitled to proceed *in forma pauperis*. In the Supreme Court's words, a person is not required to pay "the last dollar they have or can get." ***Adkins v. E.I. Dupont de Nemours Co.***, 335 U.S. 331, 339 (1948). On the other hand, one who is able to pay even part of the filing fee must do so. ***Collier v. Tatum***, 772 F.2d 653, 655 (11th Cir. 1983). In determining economic eligibility under the pauper statute, this Court has wide discretion to decide what is fair and appropriate. ***Collier***, 722 F.2d at 657; ***Bryan v. Johnson***, 821 F.2d 455, 457 (7th Cir. 1987).

Consistent with the decision in ***Martinez v. Kristi Kleaners***, No. 02-16019 (11th Cir. 2004) the Court finds that it does not have sufficient information to determine whether Plaintiff will be required to pay a partial filing fee based on the information contained in her affidavit.

Thus, Plaintiff is hereby **ORDERED** to complete and return the attached affidavit in support of the request to proceed *in forma pauperis*. Plaintiff shall be given thirty (30) from the date of this Order to submit the affidavit to the Court. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 11th day of August, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

mh

2